Certificate Number: 13861-PAM-DE-035043877

Bankruptcy Case Number: 16-03951


13861-PAM-DE-035043877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2020, at 7:40 o'clock AM PST, Arissa M May completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  November 2, 2020       By:  /s/Rebecca K Snyder

                              Name: Rebecca K Snyder

                              Title: Counselor