**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

JESSE B MAY                                      Case No.: 1-16-03951-HWV
ARISSA  MICHELLE MAY                             Chapter 13
                    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | PNC BANK |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 236 Walnut - PRE-ARREARS - 8947 |
| Property Address if applicable: | 236 WEST WALNUT STREET, , PALMYRA, PA17078 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $413.65 |
| b. | Prepetition arrearages paid by the Trustee: | $413.65 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $413.65 |

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  November 23, 2021                          Respectfully submitted,


                                                   s/ Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA  17036
                                                   Phone:  (717) 566-6097
                                                   Fax:  (717) 566-8313
                                                   eMail:  info@pamd13trustee.com

Creditor Name:  PNC BANK
Court Claim Number:  11

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1211342 | 12/12/2019 | $147.55 | $0.00 | $147.55 |
| 5200 | 1212709 | 01/16/2020 | $266.10 | $0.00 | $266.10 |

Re:

JESSE B MAY                                              Case No.: 1-16-03951-HWV

ARISSA  MICHELLE MAY                          Chapter 13

           Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

MELANIE WALZ SCARINGI, ESQUIRE        SERVED ELECTRONICALLY
2000 LINGLESTOWN ROAD
SUITE 109
HARRISBURG PA,   17110-


PNC BANK                       SERVED BY 1ST CLASS MAIL
3232 NEWMARK DR
MIAMISBURG, OH,   45342


JESSE B MAY                SERVED BY 1ST CLASS MAIL
ARISSA  MICHELLE MAY
236 WEST WALNUT STREET
PALMYRA, PA  17078


I certify under penalty of perjury that the foregoing is true and correct.


Date: November 23, 2021            s/   Liz Joyce
                                   Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee
                                   Suite A, 8125 Adams Drive
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   Fax:  (717) 566-8313
                                   eMail:  info@pamd13trustee.com