United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jesse B May  
Arissa Michelle May  
    Debtors

Case No. 16-03951-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Dec 09, 2021     Form ID: 3180W     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse B May, Arissa Michelle May, 236 West Walnut Street, Palmyra, PA 17078-2329 |
| 4837409 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4836689 | + | AES/FRN SLT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4836690 | + | AES/PNC, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4836691 | + | AES/RBS Citizens NA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4836693 | + | Bureau of Account Management, 3607 Rosemont Avenue Suite 502, Camp Hill, PA 17011-6943 |
| 4840084 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 4842039 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: RECOVERYCORP.COM | Dec 09 2021 23:43:00 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4844898 | | EDI: GMACFS.COM | Dec 09 2021 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4836692 | + | EDI: GMACFS.COM | Dec 09 2021 23:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 4836694 | | EDI: CAPITALONE.COM | Dec 09 2021 23:43:00 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 4851922 | | EDI: CAPITALONE.COM | Dec 09 2021 23:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4872269 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2021 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4836698 | + | EDI: WFNNB.COM | Dec 09 2021 23:43:00 | Comenity Bank/Anntylr, PO Box 182273, Columbus, OH 43218-2273 |
| 4875874 | + | EDI: WFNNB.COM | Dec 09 2021 23:43:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4836719 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 09 2021 18:48:19 | Webbank/DFS, 1 Dell Way, Round Rock, TX 78682 |
| 4836699 | | EDI: DISCOVER.COM | Dec 09 2021 23:43:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 4837913 | | EDI: DISCOVER.COM | Dec 09 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4953757 | | EDI: ECMC.COM | Dec 09 2021 23:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55116-0408 |
| 4953758 | | EDI: ECMC.COM | Dec 09 2021 23:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4836700 | | Email/Text: jill@ffcc.com | Dec 09 2021 18:37:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 4836701 | + | Email/Text: bankruptcy@huntington.com | Dec 09 2021 18:37:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 4836702 | | EDI: IRS.COM | Dec 09 2021 23:43:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4836697 | | EDI: JPMORGANCHASE | Dec 09 2021 23:43:00 | Chase Card Services, PO Box15298, Wilmington, DE 19850 |
| 4867621 | + | EDI: MID8.COM | Dec 09 2021 23:43:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4836706 | + | EDI: PENNDEPTREV | Dec 09 2021 23:43:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 4836706 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 18:37:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 4864896 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2021 18:37:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4836709 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2021 18:37:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 4836708 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | Pay Pal, PO Box 5018, Timonium, MD 21094-5018 |
| 4876568 | | EDI: PENNDEPTREV | Dec 09 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4876568 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4853740 | | EDI: Q3G.COM | Dec 09 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4837053 | | EDI: RECOVERYCORP.COM | Dec 09 2021 23:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4836710 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 4836711 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 4836712 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 4836713 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 4836714 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 4836715 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/Value City Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 4836716 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5109421 | + | Email/Text: bncmail@w-legal.com | Dec 09 2021 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & |

| Recip ID | Bypass Reason | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Riley, P.S. 98121-3132 |
| 5109420 | + | Email/Text: bncmail@w-legal.com | Dec 09 2021 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4836717 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 4875865 | + | Email/Text: bncmail@w-legal.com | Dec 09 2021 18:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4836718 | + | EDI: WTRRNBANK.COM | Dec 09 2021 23:43:00 | TD Bank USA/TargetCred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4836695 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, PO Box 85015, Richmond, VA 23285 |
| 4836696 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, PO Box 85015, Richmond, VA 23285 |
| 4836703 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4836704 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4836705 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4836707 | *+ | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 4843807 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ECMC | djwilcoxson@ecmc.org |
| Elizabeth L Wassall | on behalf of Creditor PNC Bank National Association ewassall@udren.com, bankruptcy@udren.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Jonathan Wilkes Chatham | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@state.pa.us RA-occbankruptcy6@state.pa.us |
| Kelly M Walsh Appleyard | on behalf of Debtor 1 Jesse B May kelly@scaringilaw.com dblack@scaringilaw.com |
| Kelly M Walsh Appleyard | on behalf of Debtor 2 Arissa Michelle May kelly@scaringilaw.com dblack@scaringilaw.com |
| Melanie Walz Scaringi | on behalf of Debtor 2 Arissa Michelle May melanie@scaringilaw.com melanie@scaringilaw.com;dblack@scaringilaw.com |
| Melanie Walz Scaringi | on behalf of Debtor 1 Jesse B May melanie@scaringilaw.com melanie@scaringilaw.com;dblack@scaringilaw.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jesse B May<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8476<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Arissa Michelle May<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2094<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–03951–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesse B May  
dba JBM Renovations, Inc

Arissa Michelle May  
fka Arissa Michelle Farr

**By the court:** *[signature]*

12/9/21

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: PatriciaRatchford, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**