UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
JESSE B. MAY  
ARISSA MICHELLE MAY  
        DEBTOR(S)   :   CASE NO: 1:16-BK-03951  
                               :   CHAPTER 13

### PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 12/16/21

Melanie Walz Scaringi  
Attorney ID# 88347

### PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 12/16/21

Samantha C. Wolfe  
Attorney ID# 328845  
Scaringi Law  
2000 Linglestown Road, Suite 106  
Harrisburg, PA 17110